UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY PETERSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLOWAY LABORATORIES, INC.,<br><br>Defendant. | Case No. 15-CV-13588-RGS |

## ORDER GRANTING DEFAULT JUDGMENT

AND NOW upon consideration of Plaintiff's Motion for Default Judgment and the Declaration of Class Counsel in support thereof, including its request for attorneys' fees and cost, and Defendant having failed to plead or otherwise defend in this action and its default having been entered,

It is hereby ORDERED, ADJUDGED AND DECREED that judgment by default is entered against Defendant in favor of the Plaintiff and the certified class in the amount of $2,515,339.90, representing $2,399,792.85 in WARN damages, $112,150.50 in attorneys' fees and $3,396.55 in costs and disbursements, plus interest until such amount is paid in full; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

Dated: July 6, 2017

Honorable Richard G. Stearns
United States District Court Judge

Case 1:15-cv-13588-RGS Document 40 Filed 07/06/17 Page 2 of 2